

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADISLAV TCHERNIAVSKY,<br><br>Defendant. | CR 13-00668 TJH<br>**REDACTED**<br><br>Verdict<br><br>**AS TO THE FOREPERSON SIGNATURE** |

We, the jury, unanimously find Defendant Vladislav Tcherniavsky:

1.  Not Guilty ___  Guilty _✓_ of conspiring to commit health care fraud as charged in Count One of the Indictment.

2.  Not Guilty ___  Guilty _✓_ of health care fraud (Medicare claim number 10292849719000) as charged in Count Two of the Indictment.

3. Not Guilty ___ Guilty ✓ of health care fraud (Medicare claim number 10330816774000) as charged in Count Three of the Indictment.

4. Not Guilty ___ Guilty ✓ of health care fraud (Medicare claim number 11070831194000) as charged in Count Four of the Indictment.

5. Not Guilty ___ Guilty ✓ of health care fraud (Medicare claim number 11070831192000) as charged in Count Five of the Indictment.

6. Not Guilty ___ Guilty ✓ of health care fraud (Medicare claim number 11070831196000) as charged in Count Six of the Indictment.

Date: 10-15-2015

_____/s/_____
"Jury Foreperson